AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

BARRY ABDOULAYE
DOB:
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _January 1, 2005_ in _Washington, D.C._ county, in the _____ District of _Columbia_ defendant(s) did, (Track Statutory Language of Offense)

**knowingly and willfully make false statements in an application for a United States passport, by the use of a Social Security number, birth certificate, and an ID card that did not belong to him, with the intent to secure issuance of such passport.**

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am _R.Colin Bunker_, Special Agent with the United States Secret Service, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

AUSA, Patricia Stewart   (202) 514-7064
Sworn to before me and subscribed in my presence,

Signature of Complainant
Special Agent R. Colin Bunker
United States Secret Service

_____        at     _Washington, D.C.___
Date                                              City and State

_____        _____
Name & Title of Judicial Officer            Signature of Judicial Officer