AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

UNITED STATES OF AMERICA
V.

BARRY ABDOULAYE

**WARRANT FOR ARREST**

MAY 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06 - 95 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BARRY ABDOULAYE__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**knowingly and willfully make false statements in an application for a United States passport, by the use of a Social Security number, birth certificate, and an ID card that did not belong to him, with the intent to secure issuance of such passport.**

in violation of Title __18__ United States Code, Section(s) Section __1542__

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

MAR 08 2006
Date and Location

Bail fixed at $ _____   by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-8-06 | Sean McLeod SDUSM | S MU |
| DATE OF ARREST | | |
| 5-3-06 | | |