UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 06-0095M-01 (CR)** |
| | : | |
| **ABDOULAYE BARRY,** | : | **VIOLATION:** 18 U.S.C. § 1542 |
| also known as Jacqueza Kimiry | : | (False Statement in Application for Passport) |
| Campbell | : | |
| | : | |
| Defendant. | : | |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about May 19, 2005, within the District of Columbia, Abdoulaye Barry, also known as Jacqueza Kimiry Campbell, did willfully and knowingly make a false statement, which stated that he was a United States citizen, with intent to induce or secure the issuance of a passport under the authority of the United States, for his own use.

(**False Statement in Application for Passport**, in violation of Title 18, United States Code, Section 1542)

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        Bar No. 451-058

BY: _____
        ROBERT J. FEITEL
        Assistant United States Attorney
        Bar No. 433-180
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4235
        Washington, D.C. 20530
        202.353.3706