UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 06-00126 (JDB) |
| | : | |
| v. | : | Plea Hearing: May 23, 2006 |
| | : | |
| **ABDOULAYE BARRY aka** | : | |
| **JACQUEZA CAMPBELL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### UNITED STATES' SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

**I.   ELEMENTS OF THE OFFENSE:**

The essential elements of the offense of False Statement in Application and Use of Passport, in violation of 18 U.S.C. § 1542 are:

1.  That the defendant made any false statement in an application for a passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another; and,

2.  That the defendant did so willfully and knowingly;

See 18 United States Code § 1542

**II.   COPY OF THE PLEA AGREEMENT:**

A copy of the plea agreement, not yet executed by the defendant, is attached.

**III.    PENALTIES:**

Pursuant to 18 U.S.C. § 1542, the crime of False Statement in Application and Use of Passport, carries a penalty of a term of imprisonment of 10 years, a fine of $250,000.00, or both, and a supervised release term of not more than 3 years, in addition to any term of imprisonment. The defendant has agreed to pay a special assessment of $100 to the Clerk's Office for the United States District Court prior to the date of sentencing.

**IV.    FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:**

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

On or about May 19, 2005, the defendant, Abdoulaye Barry, an African national, applied for a United States passport at the Frederick Douglass Post Office in Washington, D.C. The defendant executed and swore to the veracity of the Form DS-11, Application for a United States Passport, on that date, using the false name, Jacqueza Campbell.

In fact, Jacqueza Campbell is a real and different person than Abdoulaye Barry. As proof of United States' citizenship, the defendant provided a State of Georgia birth certificate, number 84-069099 issued on July 29, 2002 in Savannah, Georgia, as well as a State of New York Identification card, bearing social security number ███████, issued on May 16, 2005. The passport acceptance clerk, Leigh Marshall, accepted these documents and forwarded them to the Washington Passport Agency. Ms. Nicole Randall, Passport Specialist, referred the application to the Diplomatic Security Service, the law enforcement arm of the United States Department of State, based on the following fraud indicators: newly issued identification; printed signature; misspelled last name in signature; completed in more than one handwriting.

The Diplomatic Security Service obtained the arrest photo of the real Jacqueza Cambpell, which depicts a different person than Abdoulaye Barry, the defendant.  The Diplomatic Security Service obtained the Georgia Department of Motor Vehicles photo for Jacqueza Campbell, which depicts a different person than Abdoulaye Barry.  The Department of Motor Vehicles' photo and the arrest photo of Jacqueza Campbell, however, do match each other.

The Diplomatic Security Service confirmed with the Social Security Administration that number ███████, the number reflected on the identification card recited above,  is assigned to Jacqueza Campbell.  The Diplomatic Security Service further confirmed that the birth certificate information which the defendant submitted on his own behalf is valid for Jacqueza Campbell, and is on file with the Georgia Vital Records Office.

The Diplomatic Security Service obtained an arrest photo from the Savannah/Chatham Georgia Metro Police Department for the defendant, Abdoulaye Barry aka Berry Abdulah, and said photo matches that of the defendant.

Significantly, the real Jacqueza Campbell was interviewed by Diplomatic Security Service agents on August 26, 2005 at Turner Job Corps, 2000 Schilling Avenue, Albany, Georgia.  DSS Special Agent Heath Martin showed Jacqueza Campbell the DS-11 Photo and application for United States passport filled out by the defendant.  Mr. Campbell knew the individual depicted in the photo as "Abdula" from the year 2001, when they both worked at Garibaldi's Café in Savannah, Georgia.  Mr. Campbell acknowledged giving "Abdula" either his Social Security Card or birth certificate to obtain information for a Georgia Identification card.  He claimed that he had no idea that "Abdula" had been using his identity to obtain a United States passport.    The Diplomatic Security Service confirmed through contact with the manager

of the café that both Jacqueza Campbell and the defendant worked at the café from the time period April 19, 2002 through July 21, 2002, and would be the reasonable time frame when the exchange of the identity documents took place.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        Bar No. 451-058

        _____
        ROBERT J. FEITEL
        Assistant United States Attorney
        D.C. Bar No. 433-180
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4231
        Washington, DC 20530
        Phone:202.353.3706
        Fax: 202.616.3782

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, AFPD Mary Petras, this 17th day of May 2006

_____
Robert J. Feitel
Assistant United States Attorney