UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 23 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 06-126 |
| | ) | |
| ABDOULAYE BARRY | ) | |

WAIVER OF INDICTMENT

I, **ABDOULAYE BARRY**, the above-name defendant, who is accused of

False Statement in Application for Passport
18 USC 1542

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **May 23, 2006** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_ABDOULAYE BARRY_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_    Date: _May 23, 2006_
Judge John D. Bates