UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.  06-00126 (JDB) |
| **v.** : | |
| : | |
| **ABDOULAYE BARRY** : | |
| : | |
| **Defendant.** : | |

**UNITED STATES' MEMORANDUM IN AID OF SENTENCING**

  The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case.

**I.  INTRODUCTION**

  1.  Pursuant to a plea agreement, on May 23, 2006, the defendant plead guilty to False Statement in Application and Use of Passport, in violation of 18 U.S.C. § 1542.

  2.  As reflected in the pre-sentence report, the defendant is correctly placed in criminal history category I.

  3.  Based upon a total offense level of 6, and a criminal history category of I, the Guideline range for imprisonment on the charge is 0-6 months.

**II.     UNITED STATES' RECOMMENDATION**

  3. The Government does not oppose a sentence of time served, followed by a term of probation.

         Respectfully submitted,

         KENNETH L. WAINSTEIN
         UNITED STATES ATTORNEY
         BAR NO. 451-058

         _____
         ROBERT J. FEITEL
         ASSISTANT UNITED STATES ATTORNEY
         FEDERAL MAJOR CRIMES SECTION
         D.C. BAR NO. 433-180
         202.353.3706

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing United States' Memorandum in Aid of Sentencing is to be served upon counsel for the defendant, Mary Petras, Esquire this 22nd day of June 2006.

                                                                                                                 ROBERT J. FEITEL
                                                                                                                 ASSISTANT   UNITED   STATES   ATTORNEY