HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-~~95~~ 126 |
| --- | --- | --- |
| vs. | : | SSN: |
| ABDOULAYE, Barry | : | Disclosure Date: June 12, 2006 |

**FILED**
JUN 2 3 2006
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**    Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    (✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    [signature]    6/14/06
**Defendant**    Date    **Defense Counsel**    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **June 14, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
        United States Probation Officer

[signature] JJH
6/14/06

**Receipt and Acknowledgment**                                                    Page 2

Page 2  Faso Africa should be Burkina Faso, Africa

Page 4, paragraph 10

The use of the term "identity theft" is inappropriate because no "theft" occurred. The person whose id was use gave his permission for the use.

Page 5, paragraph 27

I am not certain that that arrest is correct, but will check with Mr. Barry. Please bring documentation of it to the Sentencing hearing.

Page 6, paragraph 30

The last sentence should refer to the "one remaining", not "three remaining". There were a total of three wives, one survived.

Signed by: _____
           (Defendant/Defense Attorney/AUSA)

Date:      6/14/06